May 4, 2012

HON. ARTHUR D. SPATT
100 Federal Plaza
Central Islip, New York 11722-4438

      Re:    Hughes v. Anderson & Pastori
              Index #09-CV-4042

Honorable Sir:

It has come to my attention that your Honor has been substituted for Judge Seybert, who recused herself. As your Honor already knows there is pending before you a motion to dismiss.

In considering the motion, I felt compelled to advise your Honor that Plaintiff has not as yet commenced discovery of the Defendants or other non-party witnesses. In light of this fact, I respectfully ask that your Honor convene a conference to discuss the lack of discovery while a dispositive motion is pending.

Thank you for your courtesy, understanding and consideration of the foregoing.

Very truly yours,


SALVATORE A. LECCI, ESQ.

SAL/mm
cc: Mr. Thomas Hughes
cc: NYS Office of the Attorney General
cc: Steven A. Morelli, P.C.