UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
THOMAS HUGHES,

                              Plaintiff,                      **NOTICE OF**
                                                                     **APPEARANCE**
        -against-                                     09-cv-4042
                                                                     (ADS)(WDW)

KEVIN ANDERSON, In his Official Capacity and
Individually,

                            Defendant.
-----------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that I am a Volunteer Assistant Attorney General in the Office of Eric T. Schneiderman, Attorney General of the State of New York, and I am assigned counsel for defendant Kevin Anderson and I am appearing in the above-captioned matter on behalf of the defendant Kevin Anderson.

Dated:  Mineola, New York
         October 9, 2013                         ERIC T. SCHNEIDERMAN
                                                Attorney General of the State of New York

                                         By:_____*s/ Richard Yorke*_____
                                                Richard Hunter Yorke
                                                Volunteer Attorney
                                                200 Old Country Road, Suite 240
                                                Mineola, New York 11501
                                                Attorneys for Defendant Anderson

TO:    The Law Offices of Steven A. Morelli, P.C.
         1461 Franklin Avenue
         Garden City, New York   11530
         Attorney for Plaintiff

         Salvatore Lecci, Esq.
         420 Jericho Turnpike, Suite 222
         Jericho, New York  11753
         Attorney for Plaintiff