# EXHIBIT A

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS
   on the Complaint of

THOMAS J. HUGHES,
                         Complainant,
                v.

NEW YORK STATE, UNIFIED COURT
SYSTEM, OFFICE OF COURT
ADMINISTRATION,
                          Respondent.

RECOMMENDED ORDER
OF DISMISSAL FOR
ADMINISTRATIVE
CONVENIENCE

Case No. 10121355

## PROCEEDINGS IN THE CASE

On October 18, 2007, Complainant filed a verified complaint with the New York State Division of Human Rights ("Division"), charging Respondent with unlawful discriminatory practices relating to employment in violation of N.Y. Exec. Law, art. 15 ("Human Rights Law").

After investigation, the Division found that it had jurisdiction over the complaint and that probable cause existed to believe that Respondent had engaged in unlawful discriminatory practices. The Division thereupon referred the case to public hearing.

The case was assigned to Margaret A. Jackson, an Administrative Law Judge ("ALJ") of the Division. Complainant was represented by Jaime Lynn Eckl. Respondent was represented by Lisa M. Evans, Esq., Assistant Deputy Counsel.

Pursuant to Section 297.3(c) of the Human Rights Law, the complaint should be dismissed on the grounds of administrative convenience. The Complainant intends to pursue federal remedies in court, in which forum all the issues concerning the question of discrimination

-2-

charged can be resolved. Respondent does not object to Complainant's request for dismissal by the Division.

ORDERED, that the case be dismissed for administrative convenience.

DATED: May 8, 2009
Hempstead, New York

*Margaret A. Jackson*

Margaret A. Jackson
Administrative Law Judge

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION
OF HUMAN RIGHTS
on the Complaint of

THOMAS J. HUGHES,

                              Complainant,

v.

NEW YORK STATE, UNIFIED COURT SYSTEM,
OFFICE OF COURT ADMINISTRATION,
                              Respondent.

---

NOTICE AND
FINAL ORDER

Case No. 10121355

PLEASE TAKE NOTICE that the attached is a true copy of the Recommended Order of Dismissal for Administrative Convenience ("Recommended Order"), issued on May 8, 2009, by Margaret A. Jackson, an Administrative Law Judge of the New York State Division of Human Rights ("Division"). An opportunity was given to all parties to object to the Recommended Order, and all Objections received have been reviewed.

<u>PLEASE BE ADVISED THAT, UPON REVIEW, THE RECOMMENDED ORDER IS HEREBY ADOPTED AND ISSUED BY THE HONORABLE GALEN D. KIRKLAND, COMMISSIONER, AS THE FINAL ORDER OF THE NEW YORK STATE DIVISION OF HUMAN RIGHTS ("ORDER").</u> In accordance with the Division's Rules of Practice, a copy of this Order has been filed in the offices maintained by the Division at One Fordham Plaza, 4th Floor, Bronx, New York 10458. The Order may be inspected by any member of the public during the regular office hours of the Division.

PLEASE TAKE FURTHER NOTICE that any party to this proceeding may appeal this Order to the Supreme Court in the County wherein the unlawful discriminatory practice that is

the subject of the Order occurred, or wherein any person required in the Order to cease and desist from an unlawful discriminatory practice, or to take other affirmative action, resides or transacts business, by filing with such Supreme Court of the State a Petition and Notice of Petition, <u>within sixty (60) days after service of this Order</u>. A copy of the Petition and Notice of Petition must also be served on all parties, including the General Counsel, New York State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. <u>Please do not file the original Notice or Petition with the Division.</u>

**ADOPTED, ISSUED, AND ORDERED.**

DATED: **MAY 14 2009**
Bronx, New York

_____
GALEN D. KIRKLAND
COMMISSIONER

TO:

Complainant
Thomas J. Hughes
2 Flo Drive
Syosset, NY 11791

Complainant Attorney
Jaime Lynn Eckl, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514

Respondent
New York State, Unified Court System, Office of Court Administration
Attn: Lisa M. Evans, Esq.
Attn: Michael Colodner, General Counsel
25 Beaver Street, 11th Floor
New York, NY 10004

Hon. Andrew Cuomo, Attorney General
Attn: Civil Rights Bureau
120 Broadway
New York, New York 10271

State Division of Human Rights
Enforcement Unit
Sharon J. Field, Director of Prosecutions
One Fordham Plaza, 4th Floor
Bronx, New York 10458

Margaret A. Jackson
Administrative Law Judge

Sara Toll East
Chief, Litigation and Appeals

Caroline J. Downey
General Counsel

Peter G. Buchenholz
Adjudication Counsel

Matthew Menes
Adjudication Counsel