UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THOMAS HUGHES,

                Plaintiff(s),

-against-

KEVIN ANDERSON,

                Defendant(s).
-------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 31 2013 ★

LONG ISLAND OFFICE

**JUDGMENT**

CV-09-4042 (ADS)

A jury was selected on October 21, 2013 and the trial commenced on October 22, 2013 and the parties having presented evidence, authorities and argument, and having closed the evidence on October 31, 2013 and the jury having deliberated and returned a verdict on October 31, 2013,

**IT IS ORDERED AND ADJUDGED**, that Judgment is entered in favor of the defendant and against the plaintiff, and the Amended Complaint is dismissed on the merits,

**Dated: October 31, 2013**
**Central Islip, New York**

**DOUGLAS C. PALMER**
**CLERK OF COURT**

By: Mary Ellen Kirchner
**Deputy Clerk**